BPB 004789 000010 12002 0000290045

# Earnings Statement

*TWIN CITY TRANSPORTATION INC*
*1408 NORTHLAND DRIVE SUITE 101*
*MENDOTA HEIGHTS,MN 55120*

Period Beginning: 06/20/2026
Period Ending: 07/03/2026
Pay Date: 07/17/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**CLAUDIA AZUCENA CARRERA**
**1486 THOMAS LANE**
**EAGAN MN 55122**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus Pay | | | 56.16 | 612.08 |
| Regular | | | | 1,342.50 |
| Off Duty Hrs | | | | 1,457.50 |
| Training | | | | 1,056.44 |
| **Gross Pay** | | | **$56.16** | 4,468.52 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -3.48 | 277.05 |
| | Medicare Tax | -0.81 | 64.79 |
| | MN Paid Family Leave Ins | -0.07 | 6.03 |
| | MN Paid Medical Leave Ins | -0.17 | 13.63 |
| | MN State Income Tax | | 17.14 |
| | **Net Pay** | **$51.63** | |
| | CHECKING | -51.63 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $56.16

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Contr MN FLV | +0.08 | |
| Er Contr MN MLV | +0.17 | |
| Sick | 3.49 | |

## Important Notes

YOUR COMPANY PHONE NUMBER IS: 952-884-6824

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
MN: Married
Exemptions/Allowances:
MN: 2

© 2000 ADP, Inc.

TWIN CITY TRANSPORTATION INC
1408 NORTHLAND DRIVE SUITE 101
MENDOTA HEIGHTS,MN 55120

**Advice number:** **00000290045**
Pay date: 07/17/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **CLAUDIA AZUCENA CARRERA** | xxxxxx4138 | xxxx xxxx | $51.63 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO FILE DEPT CLOCK VCHR NO. 020
BPB 004789 000010 12002 0000270048 1

# Earnings Statement

ADP

*TWIN CITY TRANSPORTATION INC*
*1408 NORTHLAND DRIVE SUITE 101*
*MENDOTA HEIGHTS,MN 55120*

Period Beginning: 06/06/2026
Period Ending: 06/19/2026
Pay Date: 07/02/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**CLAUDIA AZUCENA CARRERA**
**1486 THOMAS LANE**
**EAGAN MN 55122**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 24.0000 | 4.00 | 96.00 | 1,342.50 |
| Bonus Pay | | | 305.92 | 555.92 |
| Off Duty Hrs | | | | 1,457.50 |
| Training | | | | 1,056.44 |
| **Gross Pay** | | | **$401.92** | 4,412.36 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -24.92 | 273.57 |
| | Medicare Tax | -5.83 | 63.98 |
| | MN Paid Family Leave Ins | -0.55 | 5.96 |
| | MN Paid Medical Leave Ins | -1.23 | 13.46 |
| | MN State Income Tax | | 17.14 |
| | **Net Pay** | **$369.39** | |
| | CHECKING | -369.39 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $401.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er Contr MN FLV | +0.54 | |
| Er Contr MN MLV | +1.23 | |
| Sick | 3.49 | |
| Totl Hrs Worked | 4.00 | |

## Important Notes

YOUR COMPANY PHONE NUMBER IS: 952-884-6824

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
MN: Married
Exemptions/Allowances:
MN: 2

© 2000 ADP, Inc.

TWIN CITY TRANSPORTATION INC
1408 NORTHLAND DRIVE SUITE 101
MENDOTA HEIGHTS,MN 55120

**Advice number:** **00000270048**
Pay date: 07/02/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **CLAUDIA AZUCENA CARRERA** | xxxxxx4138 | xxxx xxxx | $369.39 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**